**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Pedro Chavez RODRIGUEZ, Jr., also**
**known as Pedro Rodriguez,**
**Defendant–Appellant.**

**No. 10–41329**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Hector Del Toro, I, Esq., Corpus Christi, TX, for Defendant–Appellant.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Pedro Chavez Rodriguez, Jr., has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rodriguez has filed a response. The record is insufficiently developed to allow consideration at this time of Rodriguez's claims of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted). We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Rodriguez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, Rodriguez's motion for appointment of substitute counsel is DENIED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.